

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PEARSON EDUCATION, INC. and
JOHN WILEY & SONS, INC.,          :       08 Civ. 6152 (RJH)

                    Plaintiffs,          **STIPULATION AND ORDER**

   - against -

ALLEN AIR CONDITIONING CO.,
GANGHUA LIU and JIAN LIU         :
ALL D/B/A JMBOOKS D/B/A
LINDA LIU and JOHN DOE NOS. 1-5,  :

                    Defendants.   :
----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED that the time within which defendants Allen Air Conditioning Co., Ganghua Liu and Jian Liu may answer, move or otherwise respond to the Complaint in this action is extended through and including August 27, 2008. This stipulation may be executed in counterparts.

Dated: New York, New York
       July 22, 2008

DUNNEGAN LLC                                    BAINTON McCARTHY LLC

*William Dunnegan*                               *John G. McCarthy*
William Dunnegan (WD-9316)                       John G. McCarthy (JG-2635)
Megan L. Martin (MM-4396)                        Deana D. Ahn (DA-9532)
350 Fifth Avenue                                 26 Broadway, Suite 2400
New York, New York 10118                         New York, New York 10004
(212) 332-8300                                   (212) 480-3500

*Attorneys for Plaintiffs*                       *Attorneys for Defendants*

**SO ORDERED:**

_____
U.S.D.J.
7/27/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08