UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION INC., ET AL,<br><br>      Plaintiffs,<br><br>-against-<br><br>ALLEN AIR CONDITIONING CO., ET AL,<br><br>      Defendants | 2008 Civ. 06152 (RJH)<br><br>**MOTION FOR ADMISSION OF JOHN T. MITCHELL *PRO HAC VICE*** |

   PLEASE TAKE NOTICE that, upon the declaration of Patrick W. Begos and the Certificate of Good Standing for John T. Mitchell, both of which are annexed, and pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the undersigned hereby moves this Court, at the Courthouse, 500 Pearl Street, New York, New York, for an order admitting

   John T. Mitchell
   Interaction Law
   1629 K Street, NW, Suite 300
   Washington, DC 20006
   Phone: 202-415-9213
   Fax: 202-318-9169

*pro hac vice*, to argue or try this action in whole or in part for defendants for Allen Air Conditioning Co., Ganghua Liu and Jian Liu.

Dated: Bronxville, New York
    August 25, 2008

                       BEGOS HORGAN & BROWN  LLP

                       By: S/ Patrick W. Begos
                       Patrick W. Begos (PB4372)
                       7 Pondfield Road
                       Bronxville, NY 10708
                       (914) 961-4441

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION INC., ET AL,<br><br>　　　　　　　Plaintiffs,<br><br>　-against-<br><br>ALLEN AIR CONDITIONING CO., ET AL,<br><br>　　　　　　　Defendants | 2008 Civ. 06152 (RJH)<br><br>**DECLARATION OF PATRICK W. BEGOS IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

　　　　PATRICK W. BEGOS declares the following to be true under penalty of perjury:

　　　　1. I am an attorney licensed to practice in the courts of this State, and this Court. I am a member of the firm of Begos Horgan & Brown LLP. I submit this declaration in support of the motion to admit John T. Mitchell, *pro hac vice*, on behalf of defendants Allen Air Conditioning Co., Ganghua Liu and Jian Liu in the above captioned matter.

　　　　2. Mr. Mitchell is a member in good standing of the Bar of the District of Columbia, with offices located at 1629 K Street, NW, Suite 300, Washington, DC 20006. I annex hereto a Certificate of Good Standing from the District of Columbia's Court of Appeals dated August 22, 2008.

　　　　3. Accordingly, I am pleased to move the admission of John T. Mitchell, *pro hac vice*, and respectfully submit the proposed Order granting such admission.

WHEREFORE it is respectfully requested that the motion to admit John T. Mitchell, *pro hac vice*, to represent defendants Allen Air Conditioning Co., Ganghua Liu and Jian Liu in the above captioned matter, be granted.

Dated:　Bronxville, New York
　　　　August 25, 2008

　　　　　　　　　　　　　　　　　　　　　S/ Patrick W. Begos
　　　　　　　　　　　　　　　　　　　　　Patrick W. Begos (PB4372)
　　　　　　　　　　　　　　　　　　　　　BEGOS HORGAN & BROWN LLP
　　　　　　　　　　　　　　　　　　　　　7 Pondfield Road
　　　　　　　　　　　　　　　　　　　　　Bronxville, NY 10708
　　　　　　　　　　　　　　　　　　　　　(914) 961-4441



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN T. MITCHELL

was on the 12TH day of MAY, 1989 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 22, 2008.

GARLAND PINKSTON, JR., CLERK

By: M. Charles
        Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION INC., ET AL,<br><br>Plaintiffs,<br><br>-against-<br><br>ALLEN AIR CONDITIONING CO., ET AL,<br><br>Defendants | 2008 Civ. 06152 (RJH)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |

Upon the motion of Patrick W. Begos and said sponsor's affidavit in support:

IT IS HEREBY ORDERED that

        John T. Mitchell
        Interaction Law
        1629 K Street, NW, Suite 300
        Washington, DC 20006
        Phone: 202-415-9213
        Fax: 202-318-9169
        E-mail: john@interactionlaw.com

is admitted to practice *pro hac vice* as counsel for defendants for Allen Air Conditioning Co., Ganghua Liu and Jian Liu in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:  August ____, 2008

                                                                                      _____
                                                                                     United States District/Magistrate Judge