```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEARSON EDUCATION INC., et al.,

                        Plaintiffs,

-against-

ALLEN AIR CONDITIONING, et al.,

                        Defendants.

---

08 Civ. 6152 (RJH)

**ORDER**

Upon motion [6] of defendants Allen Air Conditioning Co., Ganghua Liu, and Jian Liu, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, it is hereby ordered that John T. Mitchell is admitted *pro hac vice* for the purposes of the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov. If counsel has not already forwarded the *pro hac vice* fee to the Clerk of the Court, he is directed to do so upon receipt of this Order.

SO ORDERED.

Dated: New York, New York
       August 27, 2008

                                                Richard J. Holwell
                                                United States District Judge